UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**                    Criminal No.: 13:15cr5/MCR

vs.

**SHEILA MOHAMMED**

## MOTION TO SEAL MOTION TO MODIFY BOND CONDITIONS ON BEHALF OF SHEILA MOHAMMED

NOW COMES the Defendant, DR. SHEILA MOHAMMED by and through her undersigned attorney and hereby requests the Court to file under seal the Motion to Modify Bond Conditions on Behalf of Sheila Mohammed as it contains personal financial information.

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2015, I electronically filed the foregoing under seal with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Tiffany Eggers, Assistant United States Attorney, P.O. Box 12726, Pensacola, Florida 32575.

Respectfully Submitted,

By: */s/ Steven W. Bowden*
STEVEN W. BOWDEN
Attorney for the Defendant
Florida Bar Number: 0274631
4502 Twin Oaks Drive
Pensacola, Florida  32506
Telephone (850) 456-5779
E-mail:Bowdenlaw@pensacola-lawyer.com;
angela@pensacola-lawyer.com