# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                      CASE NO.  3:15cr5/MCR

SHEILA MOHAMMED

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  August 25, 2015
Motion/Pleadings:   MOTION TO MODIFY BOND CONDITIONS

Filed by _____Defendant_____ on _8/25/2015_ Doc.# _____44_____

RESPONSES:

                                     on _____ Doc.# _____
                                     on _____ Doc.# _____

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

*s/ Susan Simms*
Deputy Clerk: Susan Simms

LC (1 OR 2)

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 28th day of August, 2015, that:*

*The relief requested is GRANTED.*

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
*Chief United States District Judge*