# PERSONAL FINANCIAL STATEMENT

Confidential

TO: HANCOCK BANK
NAME(S): SHEILA Mohammed
POSITION: MEDICAL DIRECTOR OWNER OR SCORP INDUSTRIAL MEDICINE INSTITUTE
OCCUPATION: M.D.
BUSINESS ADDRESS: 4542 ALBA ST PACE FL 32571
RESIDENCE ADDRESS: [redacted] 32571

**PLEASE DO NOT LEAVE ANY QUESTIONS UNANSWERED. USE "NO" OR "NONE" WHERE NECESSARY.**

## STATEMENT OF FINANCIAL CONDITION AS OF _____

| Assets (Do not include assets of doubtful value) | In Dollars (Omit Cents) | Liabilities | In Dollars (Omit Cents) |
|---|---|---|---|
| Cash on Hand and in Banks | [redacted] | Notes Payable to Banks – Secured | 0 |
| US Gov't & Marketable Securities (Schedule A) | None | Notes Payable to Banks – Unsecured | 0 |
| Non-Marketable Securities (Schedule B) | None | Due to Brokers | 0 |
| Securities Held by Broker in Margin Accounts | None | Amounts Payable to Others – Secured | 0 |
| Partial Interest in Real Estate Equities (Schedule C) | [redacted] | Amounts Payable to Others – Unsecured | 0 |
| Real Estate Owned (Schedule D) | [redacted] | Accounts & Bills Due | [redacted] |
| Loans Receivable | None | Unpaid Income Tax | |
| Automobiles & Other Personal Property | [redacted] | Other Unpaid Taxes & Interest | |
| Cash Value Life Insurance (Schedule E) | [redacted] | Real Estate Mortgages Payable (Schedule D) | 0 |
| Other Assets (Itemize): | None | Other Debts (Itemize): | 0 |
| | | TOTAL LIABILITIES: | |
| | | NET WORTH: | |
| TOTAL ASSETS: | [redacted] | TOTAL LIABILITIES & NET WORTH: | |

## SOURCES OF INCOME FOR YEAR ENDED _____

| | |
|---|---|
| Salary, Bonuses & Commissions | [redacted] |
| Dividends | None |
| Real Estate Income | |
| Other Income (Alimony, Child Support or Separate Maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation): | None |
| TOTAL: | [redacted] |

## CONTINGENT LIABILITIES

Do you have any contingent liabilities? If so, describe:

| | |
|---|---|
| As endorser, co-maker or guarantor? | None |
| On leases or contracts? | None |
| Legal claims? | None |
| Other Special Debt? | None |
| Amount of contested income tax liens? | None |
| | None |

## PERSONAL INFORMATION

Do you have a will? YES   If so, name the executor: LISA DAVIS

Are you a partner of officer in any venture?   If so, describe:

Are you obligated to pay alimony, child support or separate maintenance payments? If so, describe: None

Are any assets pledged other than as described on schedules? If so, describe: None

Income Tax settled through (date): 2013

Are you a defendant in any suits or legal actions? None

Personal bank accounts carried at: HANCOCK BANK

Have you ever been declared bankrupt? NO   If so, describe:

**(COMPLETE SCHEDULES AND SIGN ON REVERSE)**

EXHIBIT B

(USE ADDITIONAL SCHEDULES IF NECESSARY)

### SCHEDULE A – U.S. GOVERNMENT & MARKETABLE SECURITIES

| Number of Shares Or Face Value (Bonds) | Description | In Name Of | Are these pledged? | Market Value |
|---|---|---|---|---|
|  |  |  |  | None |
|  |  |  |  |  |

### SCHEDULE B – NON-MARKETABLE SECURITIES

| # of Shares | Description | In Name Of | Are these Pledged? | Source of Value | Value |
|---|---|---|---|---|---|
|  |  |  |  |  | None |

### SCHEDULE C – PARTIAL INTERESTS IN REAL ESTATE EQUITIES

| Address & Type Of Property | Title In Name Of | % of Ownership | Date Acquired | Cost | Market Value | Mortgage Maturity | Mortgage Amount |
|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 0 | 0 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 0 | 0 |

### SCHEDULE D – REAL ESTATE OWNED

| Address & Type Of Property | Title In Name of | Date Acquired | Cost | Market Value | Mortgage Maturity | Mortgage Amount |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 0 | 0 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 0 | 0 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 0 | 0 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 0 | 0 |

See Attached For Rest

### SCHEDULE E – LIFE INSURANCE CARRIED, INCLUDING NSLI AND GROUP INSURANCE

| Name of Insurance Company | Owner of Policy | Beneficiary | Face Amount | Policy Loans | Cash Surrender Value |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | 0 | [redacted] |

### SCHEDULE F – BANKS OR FINANCE COMPANIES WHERE CREDIT HAS BEEN OBTAINED

| Name & Address Of Lender | Credit In The Name Of | Secured or Unsecured | Original Date | High Credit | Current Balance |
|---|---|---|---|---|---|
|  |  |  |  |  | None |

The information contained in this statement is provided for the purpose of obtaining or maintaining credit with you on behalf of the undersigned or persons, firms or corporations on whose behalf the undersigned may, severally or jointly with others, execute a guaranty in your favor. Each undersigned understands that you are relying on the information provided herein (including the designation made as to ownership of property) in deciding to grant or continue credit. Each undersigned represents and warrants that **the information provided is true and complete** and that you may consider this statement as continuing to be true and correct until written notice of a change is given to you by the undersigned. You are authorized to check my/our credit history and employment history and to answer questions about your credit experience with me/us. You are authorized to make all inquiries you deem necessary to verify the accuracy of the statements made herein, and to determine my/our creditworthiness.

Business FIN: [redacted]

Signature _____

S.S. Number [redacted]

Signature _____

Date Signed: _____

S.S. Number _____

EXHIBIT B