

**DEPARTMENT OF THE TREASURY**
Internal Revenue Service
**Criminal Investigation**

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000263113 | **Location:** | Telephone |
| **Investigation Name:** | SHEILA MOHAMMED | | |
| **Date:** | September 10, 2015 | | |
| **Time:** | Approximately 10:50 AM | | |
| **Participant(s):** | Cody Busby | | |
| | Chris Pekerol, Special Agent | | |

On the above date and time Special Agent Pekerol contacted Cody Busby via telephone regarding a loan application submitted by SHEILA MOHAMMED (MOHAMMED) to Hancock Bank. Busby provided the following:

1. Busby is the Hancock Bank relationship manager who took MOHAMMED's loan application, processed it, and sent it to underwriting. The application was physically provided to Hancock Bank Financial Services Associate P.J. Johnson, who provided it to Busby. MOHAMMED never disclosed that she was under criminal indictment. The indictment is definitely material and should have been disclosed by MOHAMMED on her loan application. Had Busby known about the criminal charges he would not have made the loan. Busby thought the loan was just to pay some taxes; at the time of the application tax season had recently passed, so a loan to pay taxes wouldn't have been unusual. Busby was completely unaware that MOHAMMED had been indicted on seven felony counts of tax fraud and is awaiting sentencing.

2. Sometime after MOHAMMED made the application, Busby spoke with MOHAMMED's attorney who requested a letter from the bank to show that MOHAMMED was approved for the loan. Busby tried to gather more information from the attorney and see why he needed the letter. MOHAMMED's attorney acted like it was just a formality and nothing serious, he said he needed it to show she could get funding.

3. After learning of MOHAMMED's criminal charges and pending sentencing the bank will rescind the loan approval and not fund it.

EXHIBIT C

I prepared this memorandum on September 10, 2015, after refreshing my memory from notes made during and immediately after the interview with Cody Busby.

Chris Pekerol
Special Agent