

**Hancock Bank.**

August 7, 2015

RE: Dr. Sheila Mohammed

To whom it may concern,

This letter is to verify that Dr. Mohammed has been approved through Hancock Bank for the following credit facility:

- $250,000.00 BEqLOC
- Rate – WSP + 0.00% with Floor of 3.99%
- 60 Month Maturity
- Interest Only Payments required monthly with the option to term out debt over 120 months.
- Collateral – 1st priority lien of real property located at 3629 Andrew Jackson Drive Pace, FL 32571.
- LTV not to exceed 80%

This approval is contingent upon other terms and conditions not cited in this verification letter, and this letter should only be used as a negotiating tool. It is not a commitment. In the event that you need to verify any other information, please don't hesitate to give me a call, and I will assist you in any way for the benefit of our client.

Thanks!

*Cody Busby*

Cody Busby

Business Banker, AVP

Hancock Bank

850-444-3223

Post Office Box 4019 • Gulfport, MS 39502
1-800-522-6542 • hancockbank.com


Member FDIC

EXHIBIT C-1