# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:15cr5/MCR

SHEILA MOHAMMED

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   September 14, 2015

Motion/Pleadings:  MOTION TO SEAL SUPPLEMENT TO THE DEFENDANT'S SENTENCING MEMORANDUM

Filed by   Defendant   on   9/14/2015   Doc.#   49

RESPONSES:

                                        on              Doc.#

                                        on              Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed   _____ Consented

JESSICA J. LYUBLANOVITS,
CLERK OF COURT

s/ Susan Simms
Deputy Clerk: Susan Simms

LC (1 OR 2)

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 14th day of September, 2015, that:*

*The relief requested is GRANTED.*

s/ M. Casey Rodgers
**M. CASEY RODGERS**
*Chief United States District Judge*